# H. P. Lambert Co. et al. v. United States

**No. 5319.**—Invoices dated Tokyo, Japan, June 7, 1938, etc.
Certified June 9, 1938, etc.
Entered at Boston, Mass., July 9, 1938, etc.
Entry No. 290, etc.

(Reap. Dec. 5182 decided on remand June 18, 1941)

*Jerome G. Clifford (John F. Kavanagh* and *George W. Israel* of counsel) for the plaintiffs.

*Charles D. Lawrence,* Acting Assistant Attorney General (*Richard E. Fitz-Gibbon, Dorothy C. Bennett,* and *Daniel I. Auster,* special attorneys), for the defendant.

Tilson, Judge: In accordance with the decision of the Appellate Division of this court dated March 24, 1941, the appeals listed in schedule A hereto attached and made a part hereof, are hereby dismissed. Judgment will be rendered accordingly.